IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **NICHOLAS DeFOSSETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-19-CA-0282-FB |
| | ) |
| **ALI BABA INTERNATIONAL FOOD** | ) |
| **MARKET, INC.; and SYRAN, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendants With Prejudice. (Docket no. 21). After careful consideration, and having reviewed the pleadings on file, the consent decree, and the entire record in this matter, the Court is of the opinion that the consent decree should be approved and this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Joint Stipulation to Approve Consent Decree and to Dismiss Defendants With Prejudice (docket no. 21) is GRANTED such that the parties' Consent Decree (docket no. 21, Exhibit 1) is APPROVED by the Court.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE. Each party is to bear its own attorney's fees and costs except as detailed in the parties' Consent Decree.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 10th day of October, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE